**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1624**

─────────────

ERIKA ELEANOR PEDRICK,

        Plaintiff - Appellant,

    v.

MARTIN J. O'MALLEY, Commissioner of Social Security,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Charles David Austin, Magistrate Judge.  (8:23-cv-00924-CDA)

─────────────

Submitted:  November 19, 2024           Decided:  November 21, 2024

─────────────

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Erika Eleanor Pedrick, Appellant Pro Se.  Mark Jason Dorval, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erika Eleanor Pedrick appeals the magistrate judge's order upholding the Administrative Law Judge's (ALJ) denial of Pedrick's applications for disability insurance benefits and supplemental security income.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Pedrick's informal brief does not challenge the basis for the magistrate judge's disposition, she has forfeited appellate review of the magistrate judge's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."); *see also Hicks v. Ferreyra*, 965 F.3d 302, 310 (4th Cir. 2020) ("It is well established that this court does not consider issues raised for the first time on appeal, absent exceptional circumstances." (cleaned up)).  Accordingly, we affirm the magistrate judge's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*